**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Hardesty v. Alcantara,* **Slip Opinion No. 2016-Ohio-8468.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-8468

HARDESTY, APPELLEE, *v.* ALCANTARA, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Hardesty v. Alcantara,* **Slip Opinion No. 2016-Ohio-8468.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2015-2038—Submitted December 20, 2016—Decided December 30, 2016.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 102684, 2015-Ohio-4591.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, FRENCH, and O'NEILL, JJ., concur.

LANZINGER, J., dissents and would order the cause to be briefed and argued for decision.

KENNEDY, J., dissents.

_____

L. Christopher Frey, City of Euclid Director of Law, and Patrick J. Gallagher, Assistant Director of Law; and Mazanec, Raskin & Ryder Co., L.P.A., Frank H. Scialdone, and James A. Climer, for appellant.

Friedman, Domiano & Smith Co., L.P.A., and Jeffrey H. Friedman; and Friedman & Gilbert and Terry H. Gilbert, for appellee.

_____